MARIE L. H. WATSON et al., Individually and as Executrices of FRANCES E. HIDDEN, Deceased, et al., Respondents, *v.* EDWARD H. RAYNOLDS et al., Appellants, Impleaded with Another.

(Argued June 15, 1932; decided July 19, 1932.)

534

*Richard T. Greene, Daniel S. Murphy* and *Vincent W. Farley* for Edward H. Raynolds, appellant.

*Harold Swain* and *Arthur H. Indell* for Alexander G. Zographos et al., appellants.

*Ralph W. Crolly* for Brooklyn Trust Company, as committee of Androcles G. Zographos, appellant.

*John E. Mack* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., KELLOGG, HUBBS and CROUCH, JJ. Dissenting: CRANE, LEHMAN and O'BRIEN, JJ.